**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND (BALTIMORE)**

---

PHILLIP C. HAYES,                                      CASE NO.:
        Plaintiff,

     vs.

TRANSUNION,
        Defendant.

---

**TRANS UNION, LLC's NOTICE OF REMOVAL**

---

      Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC, improperly identified as TransUnion ("Trans Union") hereby removes the subject action from the District Court for Anne Arundel County, Maryland, to the United States District Court for the District of Maryland, on the following grounds:

      1.     Plaintiff Phillip Hayes served Trans Union on or about March 24, 2017, with a Writ Of Summons and Complaint filed in the District Court for Anne Arundel County, Maryland. Copies of the Writ Of Summons and Complaint are attached hereto as **Exhibit A** and **Exhibit B**, respectively. No other process, pleadings or orders have been served on Trans Union.

      2.     Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Complaint.

      3.     This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the District Court for Anne Arundel County, Maryland, to the United States District Court for the District of Maryland.

5. Notice of this removal will promptly be filed with the District Court for Anne Arundel County, Maryland and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, by counsel, removes the subject action from the District Court for Anne Arundel County, Maryland to this United States District Court, District of Maryland.

Respectfully submitted,

Date: April 21, 2017

/s/  H. Mark Stichel
H. Mark Stichel, Esq.  (MD Federal Bar #02939)
Gohn Hankey Stichel & Berlage, LLP
201 North Charles Street, Suite 2101
Baltimore, MD  21201
Telephone:  (410) 752-9300
Fax:  (410) 752-2519
E-Mail:  hmstichel@ghsllp.com

*Counsel for Defendant Trans Union, LLC,
Improperly Identified As TransUnion*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **_____ day of _____, 2017**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **21st day of April, 2017**, properly addressed as follows:

| **Pro Se Plaintiff**<br>Phillip C. Hayes<br>P.O. Box 151<br>Glen Burnie, MD  21060 | |
|---|---|

                                                            H. Mark Stichel, Esq.  (MD Federal Bar #02939)
Gohn Hankey Stichel & Berlage, LLP
201 North Charles Street, Suite 2101
Baltimore, MD  21201
Telephone:  (410) 752-9300
Fax:  (410) 752-2519
E-Mail:  hmstichel@ghsllp.com

*Counsel for Defendant Trans Union, LLC, Improperly Identified As TransUnion*