**DISTRICT COURT OF MARYLAND FOR** Anne Arundel County

LOCATED AT (COURT ADDRESS)
7500 Gov. Ritchie Highway
Glen Burnie, MD 21061-3705

CASE NO.
CV D-07-CV-17-002492

**COMPLAINT/APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT**
☒ $5,000 or under ☐ over $5,000 ☐ over $10,000

Clerk: Please docket this case in an action of ☐ contract ☒ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim

The particulars of this case are:

Defendant has willfully and of its own free will and volition repeatedly violated Section 807-8 of the Fair Debt Collection Practices Act (FDCPA), including but not limited to FDCPA § 807 relative to false or misleading representations [15 USC 1962e], the Fair Credit Reporting Act (FCRA), defamation per se, negligent enablement of identity fraud, and breach of fiduciary duty.

Plaintiff seeks punitive damages in the amount listed below, as well as compliance with FDCPA/FCRA statutes, if settlement cannot be reached before adjudication of this matter in a District Court of law.

**PARTIES**

Plaintiff
Phillip C. Hayes
P.O. Box 151
Glen Burnie, MD 21060

VS.

Defendant(s):
1. Mr. James M. Peck, CEO, TransUnion
555 W. Adams St. FL 2-9
Chicago, IL 60661
Account # BK525PG585
Serve by: ☒ Private Process

2. Registered Agent:
CORPORATION TRUST COMPANY
1209 ORANGE ST
WILMINGTON, DE 19801
Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

3.

4.

(See Continuation Sheet)

The Plaintiff claims $ 5000 , plus interest of $ _____
Interest at the ☐ legal rate ☐ contractual rate calculated at ____ %, from ____ to ____ ( ____ days x $ ____ per day) and attorney's fees of $ ____ plus court costs.

☐ Return of the property and damages of $ ____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $ ____ for its detention in action of detinue.
☒ Other: compliance with FDCPA/FCRA
and demands judgment for relief.

_____
Signature of Plaintiff/Attorney/Attorney Code

Printed Name: Phillip C. Hayes
Address: P.O. Box 151
Telephone Number: 443-889-2071
Fax:
E-mail: phayes1336@aol.com

**ATTORNEYS**
For Plaintiff - Name, Address, Telephone Number & Code

**MILITARY SERVICE AFFIDAVIT**

☐ Defendant(s) _____ is/are in the military service.
☒ No Defendant is in the military service. The facts supporting this statement are: _____

Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.

☐ I am unable to determine whether or not any Defendant is in military service.
I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

2/24/17
Date

_____
Signature of Affiant

**APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT (See Plaintiff Notice on Back Page)**

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☐ Plaintiff ☐ _____ of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

_____
Date

_____
Signature of Affiant

DC-CV-001 (front) (Rev. 01/2016)