UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND (BALTIMORE)

---

PHILLIP C. HAYES,                            CASE NO.: 1:17-cv-01108-GLR
         Plaintiff,

vs.

TRANSUNION,
         Defendant.

---

### TRANS UNION, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES

---

Trans Union, LLC, improperly identified as TransUnion ("Trans Union"), by counsel, responds to Plaintiff's Complaint (the "Complaint") as follows. For the Court's convenience, Plaintiff's allegations are set forth verbatim with Trans Union's responses immediately following.

[1.] **The particulars of this case are:** Defendant has willfully and of its own free will and volition repeatedly violated Section 807-8 of the Fair Debt Collection Practices Act (FDCPA), including but not limited to FDCPA § 807 relative to false or misleading representations [15 U.S.C [sic] 1962e], the Fair Credit Reporting Act (FCRA), defamation per se, negligent enablement of identity fraud, and breach of fiduciary duty.

**ANSWER**: Trans Union denies the allegations contained in this paragraph.

[2.] Plaintiff seeks punitive damages in the amount listed below, as well as compliance with FDCPA/FCRA statutes, if settlement cannot be reached before adjudication of this matter in a District Court of law.

**ANSWER**: Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

## AFFIRMATIVE DEFENSES

1. Plaintiff has failed to state a claim against Trans Union upon which relief may be granted.

2. Plaintiff's state law and common law claims are pre-empted by the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq.

3. Trans Union's reports concerning Plaintiff were true or substantially true.

4. Trans Union has at all times followed reasonable procedures to assure maximum possible accuracy of its credit reports concerning Plaintiff.

5. Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

6. Plaintiff's claims are barred, in whole or in part, by 15 U.S.C. §§ 1681h(e) and/or 1681t.

7. At all relevant times, Trans Union acted within the absolute and qualified privileges afforded it under the FCRA, the United States Constitution, applicable State Constitutions and the common law.

8. Plaintiff's claims are barred, in whole, or in part, by the equitable theories of estoppel, waiver and laches.

9. Plaintiff has failed to take reasonable steps to mitigate his damages, if any.

10. Plaintiff's damages are the result of acts or omissions committed by Plaintiff.

11. Plaintiff's damages are the result of acts or omissions committed by the other parties over whom Trans Union has no responsibility or control.

12. Plaintiff's damages are the result of acts or omissions committed by non-parties to this action over whom Trans Union has no responsibility or control.

13. Any claim for exemplary or punitive damages asserted by Plaintiff violates Trans Union's rights under the Due Process and Excessive Fines clauses of the Fifth, Sixth, Eighth and

Fourteenth Amendments to the United States Constitution and the analogous provisions of applicable State Constitutions and under the First Amendment of the United States Constitution and the analogous provisions of applicable State Constitutions.

14. Trans Union reserves the right to assert additional defenses as may become apparent through additional investigation and discovery.

WHEREFORE, Defendant Trans Union, LLC, by counsel, denies that Plaintiff is entitled to judgment or to any of the relief sought, and respectfully requests that judgment be entered in its favor and against Plaintiff on all counts set forth in the Complaint, and that Trans Union, LLC, be awarded its costs incurred in defending this action, along with such other relief as this Court deems equitable and just.

Respectfully submitted,

Date: April 27, 2017

*s/ H. Mark Stichel*
H. Mark Stichel, Esq. (MD Federal Bar #02939)
Gohn Hankey Stichel & Berlage, LLP
201 North Charles Street, Suite 2101
Baltimore, MD 21201
Telephone: (410) 752-9300
Fax: (410) 752-2519
E-Mail: hmstichel@ghsllp.com

*Counsel for Defendant Trans Union, LLC, improperly identified as TransUnion*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 27th day of April, 2017. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **27th day of April, 2017**, properly addressed as follows:

| **Pro Se Plaintiff**<br>Phillip C. Hayes<br>P.O. Box 151<br>Glen Burnie, MD  21060 | |
|---|---|

                                        *s/ H. Mark Stichel*
                                        H. Mark Stichel, Esq.  (MD Federal Bar #02939)
                                        Gohn Hankey Stichel & Berlage, LLP
                                        201 North Charles Street, Suite 2101
                                        Baltimore, MD  21201
                                        Telephone:  (410) 752-9300
                                        Fax:  (410) 752-2519
                                        E-Mail:  hmstichel@ghsllp.com

                                        *Counsel for Defendant Trans Union, LLC,*
                                        *improperly identified as TransUnion*